United States District Court
Southern District of Texas
ENTERED
JAN 1 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

DIRECTV, INC.                 *

vs                            *   CIVIL ACTION NO. B03-191

JESSE RAMIREZ                 *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### Initial Pretrial & Scheduling Conference

March 15, 2004, at 2:00 p.m.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

**BY ORDER OF THE COURT**

January 6, 2004

cc:   all counsel