B03-191

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: January 17, 2004 at 11:16 a.m. |
| TITLE | George W. Balderas, Civil Processor |

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant.

Place where served: 109 E. 9th, Los Fresnos, TX 78566

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Norma Ramirez - wife

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

George W. Balderas
**Signature of Server**

PO Box 5206, McAllen, Texas 78502-5206
**Address of Server**

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF NON-MILITARY STATUS

THE STATE OF TEXAS §
§
COUNTY OF Hidalgo §

BEFORE ME, the undersigned authority, on this day personally appeared George W. Balderas a person having knowledge of the matters hereinafter set forth and who is personally known to me and first being duly sworn according to law, upon his oath deposed and said:

My name is George W. Balderas. I am over eighteen (18) years of age, I reside in Hidalgo County, Texas. I have never been convicted of a felony, and I am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

Jesse Ramirez is not in the military services as a member of the Armed Forces of the United States of America. On January 17, 2004, I: GWB

__ personally spoke to _____ and he/she indicated that he/she is not in the military services as a member of the Armed Forces of the United States of America;

✓ personally spoke to Norma Ramirez - wife who indicated that they personally know Jesse Ramirez and that he/she is not in the military services as a member of the Armed Forces of the United States of America;

_____
_____
_____
_____

[If other, please explain facts showing non-military status]

*George W. Balderas*
George W. Balderas [Printed Name of Affiant]

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 21st day of January, 2004, to certify which witness my hand and official seal.

*Luis A. Saenz*
NOTARY PUBLIC in and for
The State of Texas

[Notary Seal: Luis A. Saenz, My Commission Expires October 10, 2007]

# UNITED STATES DISTRICT COURT
### THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

DIRECTV, INC.

    Plaintiff

VS.

SUMMONS IN A CIVIL CASE:

CASE NUMBER: **B-03-191**

JESSE RAMIREZ

    Defendant


TO:    JESSE RAMIREZ
109 E. 9th St.
Los Fresnos, Tx 78566

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Lecia L. Chaney
Rodriguez, Colvin & Chaney
1201 E. Van Buren
P.O. Box 2155
Brownsville, Tx 78522-2155
(956) 542-7441
(956) 541-2071 fax

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

_____   10-31-03
CLERK                              DATE

_____
BY DEPUTY CLERK