# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

MAR 1 5 2004

Michael N. Milby
Clerk of Court

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Clerk:       M Garcia
ERO:         B Vasquez
Law Clerk:   M Knicley
CSO:         Figueroa

Date:        March 15, 2004 at 2:25 p.m.

## CV NO. B-03-191 (HGT)

DIRECTV, INC.                    *           L Chaney

vs

JESSE RAMIREZ                    *

### INITIAL PRETRIAL & SCHEDULING CONFERENCE

L Chaney present for Plaintiff;
Defendant Jesse Ramirez present;

Plaintiff's atty states she will be filing a Motion for Default today and has advised the defendant;

The Court addresses the defendant and explains to him the importance of answering to the suit;

The defendant states he will be hiring an attorney;

Plaintiff's attorney serves the defendant with the Motion for Default;

Court adjourned.