

United States District Court
Southern District of Texas
**ENTERED**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION

MAY 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk P. Chumada

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| vs | * | CIVIL ACTION NO. B03-191 |
| JESSE RAMIREZ | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## Status Conference

### May 25, 2004, at 2:00 p.m.

### BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:      U.S. Federal Building & Courthouse
            600 E. Harrison, 2nd Floor
            Brownsville, TX 78520

### BY ORDER OF THE COURT

May 12, 2004

cc:     All Parties